**Order filed June 16, 2016**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-16-00392-CV
_____

**JAMIE JACKSON, Appellant**

**V.**

**COMMUNITY OF SPRING TERRACE HOMEOWNERS ASSOCIATION, INC., Appellee**

---

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2015-60255**

---

## ORDER

The notice of appeal in this case was filed May 11, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **June 27, 2016.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM